**No. 50465.**—Protests 85712–K (B), etc., of Swiss American Cheese Co. (New York).

Opinion by CLINE, J.   It was stipulated as follows:  (1) That certain of the merchandise consists of cheese similar in all material respects to that the subject of *Gruyere Cheese Corp.* v. *United States* (7 Cust. Ct. 171, C. D. 562) and *Kraft Phenix Cheese Corp.* v. *United States* (10 Cust. Ct. 271, C. D. 767);  and (2) that certain other merchandise consists of portions of cheese packed in boxes and that all such portions, except one portion which is Tilsit, are similar to that the subject of the above-cited case.   In accordance therewith it was held that the merchandise in question is properly dutiable at 5 cents per pound, but not less than 20 percent ad valorem, under paragraph 710, as modified by T. D. 48554.

**No. 50466.**—Protests 67291–K, etc., of Swiss American Cheese Co. et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50467.**—Protests 101806–K, etc., of C. S. Emery & Co. et al. (St. Albans).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50468.**—Protests 103203–K/ 91360, etc., of Grow & Cuttle, Inc., et al. (Chicago and Minneapolis).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50469.**—Protests 106911–K, etc., of W. N. Proctor Co. et al. (Boston, etc.)

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.